FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 19  AM 11: 57

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DELPHI OIL, INC. | CIVIL ACTION |
| VERSUS | NO. 04-2075-PB-SS |
| SMITH INTERNATIONAL, INC. | SECTION M |

## ORDER

The Court, having considered the motion, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, as well as the objection the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Smith's application for attorneys' fees and costs (Rec.doc. 37) is GRANTED in PART and DENIED in PART and that Smith is awarded attorneys' fees and costs of $14,500.00.

New Orleans, Louisiana, this 19th day of January, 2006.

Peter Beer
United States District Judge

Fee___
Process___
Dktd___
CtRmDep___
Doc. No___